# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ray Baxter, | No. CV-15-01680-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Synchrony Bank, | |
| Defendant. | |

The Court has been advised that this case has settled (Doc. 22).

**IT IS THEREFORE ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 60 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **May 2, 2016** without further leave of Court.

Dated this 1st day of March, 2016.

Honorable G. Murray Snow
United States District Judge